_____FILED            _____RECEIVED
_____ENTERED          _____SERVED ON
                      COUNSEL/PARTIES OF RECORD

MAY 1 1 2015

_____ COURT
__ NEVADA
                      DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kim Boliba, | Case No.: 2:14-cv-1840-JAD-NJK |
| Plaintiff, | |
| vs. | **Order Granting Motion to Dismiss in Part** |
| Camping World, Inc.; Camping World RV Sales, LLC; Wheeler Las Vegas RV dba Camping World RV Sales; Winnebago Industries, Inc.; Does 1-10; Roes 1-10, | **[#20]** |
| Defendants. | |

For the reasons stated on the record during the May 11, 2015, hearing on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint[1] under FRCP 12(b)(6) and 9(b), and good cause appearing, I find that, despite opportunity to amend with court guidance on the deficiencies of the claims, plaintiff still has not stated plausible claims against all defendants. Accordingly, IT IS HEREBY ORDERED THAT the motion to dismiss **[Doc. 20] is GRANTED in part and DENIED in part**:

1. All claims against Defendant Camping World RV Sales, LLC, are DISMISSED;

2. Additionally, plaintiff's:

   • First Cause of Action (Breach of Contract) is DISMISSED against Winnebago Industries, Inc.;

   • Second Cause of Action (Deceptive Trade Practices-NRS 598.0915) is DISMISSED against Camping World, Inc.;

   • Third Cause of Action (Breach of Express Warranties) is DISMISSED against Camping World, Inc.;

   • Fourth Cause of Action (Breach of Implied Warranties) is DISMISSED against Camping World, Inc.;

---

[1] Doc. 18.

- Fifth Cause of Action (Breach of Implied Covenant of Good Faith and Fair Dealing) is DISMISSED against Winnebago Industries, Inc., and against all defendants to the extent it is not based on the implied covenant of good faith and fair dealing in a contract with plaintiff;
- Sixth Cause of Action (Violation of Nevada's Lemon Law, NRS 597.600 et seq.) is DISMISSED against Camping World, Inc.; and
- Eighth Cause of Action (Fraud) is DISMISSED against Camping World, Inc. and Winnebago Industries, Inc.

The motion is denied in all other respects.

DATED May 11, 2015.

_____
Jennifer A. Dorsey
United States District Judge