# Exhibit R

# Exhibit R

Lexis Advance°
Research

Q

More ▾

Document: 49 CFR 565.13   Actions ▾

Results list

‹ Previous                          **49 CFR 565.13**                          Next ›

Copy Citation

This document is current through the September 1, 2015 issue of the Federal Register

**Code of Federal Regulations    TITLE 49 -- TRANSPORTATION    SUBTITLE B -- OTHER REGULATIONS RELATING TO TRANSPORTATION    CHAPTER V --
NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, DEPARTMENT OF TRANSPORTATION    PART 565 -- VEHICLE IDENTIFICATION NUMBER (VIN)
REQUIREMENTS    SUBPART B -- VIN REQUIREMENTS**

## § 565.13 General requirements.

**(a)** Each vehicle manufactured in one stage shall have a VIN that is assigned by the manufacturer. Each vehicle manufactured in more than one stage shall have a VIN
assigned by the incomplete vehicle manufacturer. Vehicle alterers, as specified in 49 CFR 567.7, shall utilize the VIN assigned by the original manufacturer of the vehicle.

**(b)** Each VIN shall consist of seventeen (17) characters.

**(c)** A check digit shall be part of each VIN. The check digit shall appear in position nine (9) of the VIN, on the vehicle and on any transfer documents containing the VIN
prepared by the manufacturer to be given to the first owner for purposes other than resale.

**(d)** The VINs of any two vehicles subject to the Federal motor vehicle safety standards and manufactured within a 60-year period beginning with the 1980 model year shall
not be identical.

**(e)** The VIN of each vehicle shall appear clearly and indelibly upon either a part of the vehicle, other than the glazing, that is not designed to be removed except for repair or
upon a separate plate or label that is permanently affixed to such a part.

**(f)** The VIN for passenger cars, multipurpose passenger vehicles, low speed vehicles, and trucks of 4536 kg or less GVWR shall be located inside the passenger
compartment. It shall be readable, without moving any part of the vehicle, through the vehicle glazing under daylight lighting conditions by an observer having 20/20 vision
(Snellen) whose eye-point is located outside the vehicle adjacent to the left windshield pillar. Each character in the VIN subject to this paragraph shall have a minimum
height of 4 mm.

**(g)** Each character in each VIN shall be one of the letters in the set: [ABCDEFGHJKLMNPRSTUVWXYZ] or a numeral in the set: [0123456789] assigned according to the
method given in § 565.15.

**(h)** All spaces provided for in the VIN must be occupied by a character specified in paragraph (g) of this section.

**(i)** The type face utilized for each VIN shall consist of capital, sanserif characters.

## Statutory Authority

**AUTHORITY NOTE APPLICABLE TO ENTIRE PART:**

49 U.S.C. 322, 30111, 30115, 30117, 30141, 30146, 30166, and 30168; delegation of authority at 49 CFR 1.50.

## History

[73 FR 23367, 23379, Apr. 30, 2008; 74 FR 67977, Dec. 22, 2009]

▼  Annotations

## Notes

**[EFFECTIVE DATE NOTE:]**

73 FR 23367, 23379, Apr. 30, 2008, revised Part 565, effective Oct. 27, 2008. For compliance date information, see: 73 FR 23367, Apr. 30, 2008; 74 FR 67977, Dec.
22, 2009, revised paragraphs (a) and (g), effective Dec. 22, 2009.]

## Case Notes