# Exhibit T

Exhibit T

Type 2C1 Headlamp Dimensional Information [SAE J1383 APR85, Figure 8]
Type 2D1 Headlamp Dimensional Information [SAE J1383 APR85, Figure 5]
Type 2E1 Headlamp Dimensional Information [SAE J1383 APR85, Figure 15]
Types 1A1, 2A1, and 2E1 Headlamp Mounting Ring/Lamp Body Dimensional Information [SAE J1383 APR85, Figure 12]
Type 2B1 Headlamp Mounting Ring/Lamp Body Dimensional Information [SAE J1383 APR85, Figure 14]
Types 1C1and 2C1 Headlamp Mounting Ring/Lamp Body Dimensional Information [SAE J1383 APR85, Figure 9]
Type 2D1 Headlamp Mounting Ring/Lamp Body Dimensional Information [SAE J1383 APR85, Figure 6]

## PART 565—VEHICLE IDENTIFICATION NUMBER (VIN) REQUIREMENTS

### Subpart A—General Applicability of Subparts

Sec.
565.1 Purpose and scope.
565.2 Application.

### Subpart B—VIN Requirements

565.10 Purpose and scope.
565.11 Applicability.
565.12 Definitions.
565.13 General requirements.
565.14 Motor vehicles imported into the United States.
565.15 Content requirements.
565.16 Reporting requirements.

### Subpart C—Alternative VIN Requirements in Effect for Limited Period

565.20 Purpose and scope.
565.21 Applicability.
565.22 Definitions.
565.23 General requirements.
565.24 Motor vehicles imported into the United States.
565.25 Content requirements.
565.26 Reporting requirements.

AUTHORITY: 49 U.S.C. 322, 30111, 30115, 30117, 30141, 30146, 30166, and 30168; delegation of authority at 49 CFR 1.50.

SOURCE: 73 FR 23379, Apr. 30, 2008, unless otherwise noted.

### Subpart A—General Applicability of Subparts

§ 565.1  Purpose and scope.

This part specifies the format, content and physical requirements for a vehicle identification number (VIN) system and its installation to simplify vehicle identification information retrieval and to increase the accuracy and efficiency of vehicle recall campaigns.

§ 565.2  Application.

(a)(1) Except as provided in paragraph (a)(2) of this section, subpart B of this part 565 applies to passenger cars, multipurpose passenger vehicles, trucks, buses, trailers (including trailer kits), incomplete vehicles, low speed vehicles, and motorcycles manufactured on or after October 27, 2008 whose VINs have a letter "A" or "B" in the 10th position, and to passenger cars, multipurpose passenger vehicles, trucks, buses, trailers (including trailer kits), incomplete vehicles, low speed vehicles, and motorcycles manufactured on or after April 30, 2009. Vehicles imported into the United States under 49 CFR 591.5(f), other than by the corporation responsible for the assembly of that vehicle or a subsidiary of such a corporation, are excluded from requirements of §§ 565.13(b), 565.13(c), 565.13(g), 565.13(h), 565.14 and 565.15.

(2) All motor vehicles identified as model year 2009 or earlier vehicles by their manufacturer must comply with subpart C of this part 565.

(b) Subpart B of this part 565 applies to vehicles manufactured on or after April 30, 2008 and before April 30, 2009, whose vehicle identification number (VIN) does not have a letter "A" or "B" in the 10th position of the VIN and that are not identified as model year 2009 or earlier vehicles by their manufacturer.

[73 FR 28370, May 16, 2008]

### Subpart B—VIN Requirements

§ 565.10  Purpose and scope.

This part specifies the format, content and physical requirements for a vehicle identification number (VIN) system and its installation to simplify vehicle identification information retrieval and to increase the accuracy and efficiency of vehicle recall campaigns.

**Nat'l Highway Traffic Safety Admin., DOT** §565.12

**§ 565.11 Applicability.**

See subpart A of this part 565 regarding the general applicability of this subpart. This part applies to passenger cars, multipurpose passenger vehicles, trucks, buses, trailers (including trailer kits), incomplete vehicles, low speed vehicles, and motorcycles manufactured on or after October 27, 2008 whose VINs have a letter "A" or "B" in the 10th position, and to passenger cars, multipurpose passenger vehicles, trucks, buses, trailers (including trailer kits), incomplete vehicles, low speed vehicles, and motorcycles manufactured on or after April 30 2009 that are not identified by their manufacturer as model year 2009 or earlier vehicles. Vehicles imported into the United States under 49 CFR 591.5(f), other than by the corporation responsible for the assembly of that vehicle or a subsidiary of such a corporation, are excluded from requirements of §§ 565.13(b), 565.13(c), 565.13(g), 565.13(h), 565.14 and § 565.15.

[73 FR 23379, Apr. 30, 2008, as amended at 73 FR 28371, May 16, 2008]

**§ 565.12 Definitions.**

(a) *Federal Motor Vehicle Safety Standards Definitions.* Unless otherwise indicated, all terms used in this part that are defined in 49 CFR 571.3 are used as defined in 49 CFR 571.3.

(b) *Body type* means the general configuration or shape of a vehicle distinguished by such characteristics as the number of doors or windows, cargo-carrying features and the roofline (e.g., sedan, fastback, hatchback).

(c) *Check digit* means a single number or the letter X used to verify the accuracy of the transcription of the vehicle identification number.

(d) *Engine type* means a power source with defined characteristics such as fuel utilized, number of cylinders, displacement, and net brake horsepower. The specific manufacturer and make shall be represented if the engine powers a passenger car or a multipurpose passenger vehicle, or truck with a gross vehicle weight rating of 4536 kg (10,000 lb) or less.

(e) *High-volume manufacturer,* for purposes of this part, means a manufacturer of 1,000 or more vehicles of a given type each year.

(f) *Incomplete vehicle* means an assemblage consisting, as a minimum, of frame and chassis structure, power train, steering system, suspension system and braking system, to the extent that those systems are to be part of the completed vehicle, that requires further manufacturing operations, other than the addition of readily attachable components, such as mirrors or tire and rim assemblies, or minor finishing operations such as painting, to become a completed vehicle.

(g) *Line* means a name that a manufacturer applies to a family of vehicles within a make which have a degree of commonality in construction, such as body, chassis or cab type.

(h) *Low-volume manufacturer,* for purposes of this part, means a manufacturer of fewer than 1,000 vehicles of a given type each year.

(i) *Make* means a name that a manufacturer applies to a group of vehicles or engines.

(j) *Manufacturer* means a person—

(1) Manufacturing or assembling motor vehicles or motor vehicle equipment; or

(2) Importing motor vehicles or motor vehicle equipment for resale.

(k) *Manufacturer identifier* means the first three digits of a VIN of a vehicle manufactured by a high-volume manufacturer, and the first three digits of a VIN and the twelfth through fourteenth digits of a VIN of a vehicle manufactured by a low-volume manufacturer.

(l) *Model* means a name that a manufacturer applies to a family of vehicles of the same type, make, line, series and body type.

(m) *Model year* means the year used to designate a discrete vehicle model, irrespective of the calendar year in which the vehicle was actually produced, provided that the production period does not exceed 24 months.

(n) *Plant of manufacture* means the plant where the manufacturer affixes the VIN.

(o) *Series* means a name that a manufacturer applies to a subdivision of a "line" denoting price, size or weight identification and that is used by the manufacturer for marketing purposes.

(p) *Trailer kit* means a trailer that is fabricated and delivered in complete

245

but unassembled form and that is designed to be assembled without special machinery or tools.

(q) *Type* means a class of vehicle distinguished by common traits, including design and purpose. Passenger cars, multipurpose passenger vehicles, trucks, buses, trailers, incomplete vehicles, low speed vehicles, and motorcycles are separate types.

(r) *VIN* means a series of Arabic numbers and Roman letters that is assigned to a motor vehicle for identification purposes.

§ 565.13 General requirements.

(a) Each vehicle manufactured in one stage shall have a VIN that is assigned by the manufacturer. Each vehicle manufactured in more than one stage shall have a VIN assigned by the incomplete vehicle manufacturer. Vehicle alterers, as specified in 49 CFR 567.7, shall utilize the VIN assigned by the original manufacturer of the vehicle.

(b) Each VIN shall consist of seventeen (17) characters.

(c) A check digit shall be part of each VIN. The check digit shall appear in position nine (9) of the VIN, on the vehicle and on any transfer documents containing the VIN prepared by the manufacturer to be given to the first owner for purposes other than resale.

(d) The VINs of any two vehicles subject to the Federal motor vehicle safety standards and manufactured within a 60-year period beginning with the 1980 model year shall not be identical.

(e) The VIN of each vehicle shall appear clearly and indelibly upon either a part of the vehicle, other than the glazing, that is not designed to be removed except for repair or upon a separate plate or label that is permanently affixed to such a part.

(f) The VIN for passenger cars, multipurpose passenger vehicles, low speed vehicles, and trucks of 4536 kg or less GVWR shall be located inside the passenger compartment. It shall be readable, without moving any part of the vehicle, through the vehicle glazing under daylight lighting conditions by an observer having 20/20 vision (Snellen) whose eye-point is located outside the vehicle adjacent to the left windshield pillar. Each character in the VIN subject to this paragraph shall have a minimum height of 4 mm.

(g) Each character in each VIN shall be one of the letters in the set: [ABCDEFGHJKLMNPRSTUVWXYZ] or a numeral in the set: [0123456789] assigned according to the method given in § 565.15.

(h) All spaces provided for in the VIN must be occupied by a character specified in paragraph (g) of this section.

(i) The type face utilized for each VIN shall consist of capital, sanserif characters.

[73 FR 23379, Apr. 30, 2008, as amended at 74 FR 67977, Dec. 22, 2009]

§ 565.14 Motor vehicles imported into the United States.

(a) Importers shall utilize the VIN assigned by the original manufacturer of the motor vehicle.

(b) All passenger cars, multipurpose passenger vehicles, low speed vehicles and trucks of 4536 kg or less GVWR certified by a Registered Importer under 49 CFR part 592 whose VINs do not comply with part 565.13 and 565.14 shall have a plate or label that contains the following statement, in characters that have a minimum height of 4 mm and the identification number assigned by the vehicle's original manufacturer inserted in the blank: SUBSTITUTE FOR U.S. VIN: _____ SEE 49 CFR PART 565. The plate or label shall conform to § 565.13 (h) and (i). The plate or label shall be permanently affixed inside the passenger compartment. The plate or label shall be readable, without moving any part of the vehicle, through the vehicle glazing under daylight conditions by an observer having 20/20 vision (Snellen) whose eye-point is located outside the vehicle adjacent to the left windshield pillar. It shall be located in such a manner as not to cover, obscure, or overlay any part of any identification number affixed by the original manufacturer. Motor vehicles conforming to Canada Motor Vehicle Safety Standard 115 are exempt from this paragraph.

§ 565.15 Content requirements.

(a) The first section shall consist of three characters that occupy positions one through three (1–3) in the VIN. This section shall uniquely identify the

**Nat'l Highway Traffic Safety Admin., DOT** §565.15

manufacturer and type of the motor vehicle if the manufacturer is a high-volume manufacturer. If the manufacturer is a low-volume manufacturer, positions one through three (1–3) along with positions twelve through fourteen (12–14) in the VIN shall uniquely identify the manufacturer and type of the motor vehicle. These characters are assigned in accordance with §565.16(a). A "9" shall be placed in the third position of the VIN if the manufacturer identifier is six characters. A "9" in the third position always indicates the presence of a six-character manufacturer identifier. The National Highway Traffic Safety Administration offers access to manufacturer identifier assignments via its search engine at the following Internet Web site: *http://www.nhtsa.dot.gov/cars/rules/manufacture*.

(b) The second section shall consist of five characters, which occupy positions four through eight (4–8) in the VIN. This section shall uniquely identify the attributes of the vehicle as specified in Table I. For passenger cars, and for multipurpose passenger vehicles and trucks with a gross vehicle weight rating of 4536 kg (10,000 lb) or less, the fourth character (position 7) of this section shall be alphabetic. The characters utilized and their placement within the section may be determined by the manufacturer, but the specified attributes must be decipherable with information supplied by the manufacturer in accordance with §565.16(c). In submitting the required information to NHTSA relating gross vehicle weight rating, the designations in Table II shall be used. The use of these designations within the VIN itself is not required. Tables I and II follow:

TABLE I—TYPE OF VEHICLE AND INFORMATION DECIPHERABLE

*Passenger car:* Make, line, series, body type, engine type, and all restraint devices and their location.
*Multipurpose passenger vehicle:* Make, line, series, body type, engine type, gross vehicle weight rating, and for multipurpose passenger vehicles with a gross vehicle weight rating (GVWR) of 4536kg (10,000 lb) or less all restraint devices and their location.

TABLE I—TYPE OF VEHICLE AND INFORMATION DECIPHERABLE—Continued

*Truck:* Make, model or line, series, chassis, cab type, engine type, brake system, gross vehicle weight rating, and for trucks with a gross vehicle weight rating (GVWR) of 4536 kg (10,000 lb) or less all restraint devices and their location.
*Bus:* Make, model or line, series, body type, engine type, and brake system.
*Trailer, including trailer kits and incomplete trailer:* Make, type of trailer, body type, length and axle configuration.
*Motorcycle:* Make, type of motorcycle, line, engine type, and net brake horsepower.
*Incomplete vehicle other than a trailer:* Make, model or line, series, cab type, engine type, and brake system.
*Low speed vehicle:* Make, engine type, brake system, restraint system type, body type, and gross vehicle weight rating.
*Note to Table I:* Engine net brake horsepower when encoded in the VIN shall differ by no more than 10 percent from the actual net brake horsepower; shall in the case of motorcycle with an actual net brake horsepower of 2 or less, be not more than 2; and shall be greater than 2 in the case of a motorcycle with an actual brake horsepower greater than 2.

TABLE II—GROSS VEHICLE WEIGHT RATING CLASSES

Class A—Not greater than 1360 kg. (3,000 lbs.)
Class B—Greater than 1360 kg. to 1814 kg. (3,001–4,000 lbs.)
Class C—Greater than 1814 kg. to 2268 kg. (4,001–5,000 lbs.)
Class D—Greater than 2268 kg. to 2722 kg. (5,001–6,000 lbs.)
Class E—Greater than 2722 kg. to 3175 kg. (6,001–7,000 lbs.)
Class F—Greater than 3175 kg. to 3629 kg. (7,001–8,000 lbs.)
Class G—Greater than 3629 kg. to 4082 kg. (8,001–9,000 lbs.)
Class H—Greater than 4082 kg. to 4536 kg. (9,001–10,000 lbs.)
Class 3—Greater than 4536 kg. to 6350 kg. (10,001–14,000 lbs.)
Class 4—Greater than 6350 kg. to 7257 kg. (14,001–16,000 lbs.)
Class 5—Greater than 7257 kg. to 8845 kg. (16,001–19,500 lbs.)
Class 6—Greater than 8845 kg. to 11793 kg. (19,501–26,000 lbs.)

§ 565.15 49 CFR Ch. V (10–1–11 Edition)

TABLE II—GROSS VEHICLE WEIGHT RATING CLASSES—Continued

Class 7—Greater than 11793 kg. to 14968 kg.(26,001–33,000 lbs.)
Class 8—Greater than 14968 kg. (33,001 lbs. and over)

(c) The third section shall consist of one character, which occupies position nine (9) in the VIN. This section shall be the check digit whose purpose is to provide a means for verifying the accuracy of any VIN transcription. After all other characters in VIN have been determined by the manufacturer, the check digit shall be calculated by carrying out the mathematical computation specified in paragraphs (c) (1) through (4) of this section.

(1) Assign to each number in the VIN its actual mathematical value and assign to each letter the value specified for it in Table III, as follows:

TABLE III—ASSIGNED VALUES

A = 1
B = 2
C = 3
D = 4
E = 5
F = 6
G = 7
H = 8
J = 1
K = 2
L = 3
M = 4
N = 5
P = 7
R = 9
S = 2
T = 3
U = 4

TABLE III—ASSIGNED VALUES—Continued

V = 5
W = 6
X = 7
Y = 8
Z = 9

(2) Multiply the assigned value for each character in the VIN by the position weight factor specified in Table IV, as follows:

TABLE IV—VIN POSITION AND WEIGHT FACTOR

| | |
|---|---|
| 1st | 8 |
| 2d | 7 |
| 3d | 6 |
| 4th | 5 |
| 5th | 4 |
| 6th | 3 |
| 7th | 2 |
| 8th | 10 |
| 9th | (check digit) |
| 10th | 9 |
| 11th | 8 |
| 12th | 7 |
| 13th | 6 |
| 14th | 5 |
| 15th | 4 |
| 16th | 3 |
| 17th | 2 |

(3) Add the resulting products and divide the total by 11.

(4) The check digit is based on either the Fractional Remainder or the Decimal Equivalent Remainder as reflected in Table V. All Decimal Equivalent Remainders in Table V are rounded to the nearest thousandth. The check digit, zero through nine (0–9) or the letter "X" shall appear in VIN position nine (9).

248

**Nat'l Highway Traffic Safety Admin., DOT** §565.15

TABLE V—NINTH POSITION CHECK DIGIT VALUES
[Rounded to the nearest thousandth]

| Fractional Remainder | 0 | 1/11 | 2/11 | 3/11 | 4/11 | 5/11 | 6/11 | 7/11 | 8/11 | 9/11 | 10/11 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Decimal Equivalent Remainder | 0 | 0.091 | 0.182 | 0.273 | 0.364 | 0.455 | 0.545 | 0.634 | 0.727 | 0.818 | 0.909 |
| Check Digit | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | X |

(5) A sample check digit calculation is shown in Table VI as follows:

Nat'l Highway Traffic Safety Admin., DOT    § 565.15

TABLE VI—CALCULATION OF A CHECK DIGIT

| Vin Position | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample VIN | 1 | G | 4 | A | H | 5 | 9 | H | ..... | 5 | G | 1 | 1 | 8 | 3 | 4 | 1 |
| Assigned Value | 1 | 7 | 4 | 1 | 8 | 5 | 9 | 8 | ..... | 5 | 7 | 1 | 1 | 8 | 3 | 4 | 1 |
| Weight Factor | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 10 | 0 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 |
| Multiply Assigned value times weight factor | 8 | 49 | 24 | 5 | 32 | 15 | 18 | 80 | 0 | 45 | 56 | 7 | 6 | 40 | 12 | 12 | 2 |

Add products: 8+49+24+5+32+15+18+80+0+45+56+7+6+40+12+12+2 = 411.
Divide by 11: 411/11 = 37 4/11 or 37.3636.
If the fourth digit is 5 or greater, round up. If the fourth digit is 4 or smaller, round down.
In the example above, the remainder is 4/11 or 0.364 when rounded up.
Looking up the remainder in Table V—Ninth Position Check Digit Values indicates that "4" is the check digit to be inserted in position nine (9) of the VIN for this sample digit calculation.

251

**§ 565.16**                                                                    **49 CFR Ch. V (10–1–11 Edition)**

(d) The fourth section shall consist of eight characters, which occupy positions ten through seventeen (10–17) of the VIN. The last five (5) characters of this section shall be numeric for passenger cars and for multipurpose passenger vehicles and trucks with a gross vehicle weight rating of 4536 kg. (10,000 lbs.) or less, and the last four (4) characters shall be numeric for all other vehicles.

(1) The first character of the fourth section shall represent the vehicle model year. The year shall be designated as indicated in Table VII as follows:

TABLE VII—YEAR CODES FOR VIN

| Year | Code |
|---|---|
| 2005 | 5 |
| 2006 | 6 |
| 2007 | 7 |
| 2008 | 8 |
| 2009 | 9 |
| 2010 | A |
| 2011 | B |
| 2012 | C |
| 2013 | D |
| 2014 | E |
| 2015 | F |
| 2016 | G |
| 2017 | H |
| 2018 | J |
| 2019 | K |
| 2020 | L |
| 2021 | M |
| 2022 | N |
| 2023 | P |
| 2024 | R |
| 2025 | S |
| 2026 | T |
| 2027 | V |
| 2028 | W |
| 2029 | X |
| 2030 | Y |
| 2031 | 1 |
| 2032 | 2 |
| 2033 | 3 |
| 2034 | 4 |
| 2035 | 5 |
| 2036 | 6 |
| 2037 | 7 |
| 2038 | 8 |
| 2039 | 9 |

Note to Table VII: For passenger cars, and for multipurpose passenger vehicles and trucks with a gross vehicle weight rating of 4536 kg (10,000 lb) or less, if position 7 is numeric, the Model Year in position 10 of the VIN refers to a year in the range 1980–2009. If position 7 is alphabetic, the Model Year in Position 10 of the VIN refers to a year in the range 2010–2039.

(2) The second character of the fourth section shall represent the plant of manufacture.

(3) The third through the eighth characters of the fourth section (positions 12 through 17) shall represent the number sequentially assigned by the manufacturer in the production process if the manufacturer is a high-volume manufacturer. If a manufacturer is a low-volume manufacturer, the third, fourth, and fifth characters of the fourth section (positions 12, 13, and 14), combined with the three characters of the first section (positions 1, 2, and 3), shall uniquely identify the manufacturer and type of the motor vehicle and the sixth, seventh, and eighth characters of the fourth section (positions 15, 16, and 17) shall represent the number sequentially assigned by the manufacturer in the production process.

§ 565.16  **Reporting requirements.**

The information collection requirements contained in this part have been approved by the Office of Management and Budget under the provisions of the Paperwork Reduction Act (44 U.S.C. 3501 *et seq*) and have been assigned OMB Control Number 2127–0510.

(a) The National Highway Traffic Safety Administration (NHTSA) has contracted with the SAE International to coordinate the assignment of manufacturer identifiers to manufacturers in the United States. Manufacturer identifiers will be supplied by SAE at no charge. All requests for assignments of manufacturer identifiers should be forwarded directly to: SAE International, 400 Commonwealth Drive, Warrendale, Pennsylvania, 15096, Attention: WMI Coordinator (telephone: 724–776–4841). Any requests for identifiers submitted to NHTSA will be forwarded to SAE. Manufacturers may request a specific identifier or may request only assignment of an identifier(s). SAE will review requests for specific identifiers to determine that they do not conflict with an identifier already assigned or block of identifiers already reserved. SAE will confirm the assignments in writing to the requester. Once confirmed by SAE, the identifier need not be resubmitted to NHTSA.

(b) Manufacturers of vehicles subject to this part shall submit, either directly or through an agent, the unique identifier for each make and type of vehicle it manufactures at least 60 days before affixing the first VIN using the identifier. Manufacturers whose unique identifier appears in the fourth section

252

**Nat'l Highway Traffic Safety Admin., DOT** §565.22

of the VIN shall also submit the three characters of the first section that constitutes a part of their identifier.

(c) Manufacturers of vehicles subject to the requirements of this part shall submit to NHTSA the information necessary to decipher the characters contained in its VINs. Amendments to this information shall be submitted to the agency for VINs containing an amended coding. The agency will not routinely provide written approvals of these submissions, but will contact the manufacturer should any corrections to these submissions be necessary.

(d) The information required under paragraph (c) of this section shall be submitted at least 60 days prior to offering for sale the first vehicle identified by a VIN containing that information, or if information concerning vehicle characteristics sufficient to specify the VIN code is unavailable to the manufacturer by that date, then within one week after that information first becomes available. The information shall be addressed to: Administrator, National Highway Traffic Safety Administration, 1200 New Jersey Avenue, SE, Washington, DC 20590, Attention: VIN Coordinator.

## Subpart C—Alternative VIN Requirements In Effect for Limited Period

### §565.20 Purpose and scope.

This part specifies the format, content and physical requirements for a vehicle identification number (VIN) system and its installation to simplify vehicle identification information retrieval and to increase the accuracy and efficiency of vehicle recall campaigns.

### §565.21 Applicability.

See subpart A of this part 565 regarding the applicability of this subpart. This part applies to passenger cars, multipurpose passenger vehicles, trucks, buses, trailers (including trailer kits), incomplete vehicles, and motorcycles. Vehicles imported into the United States under 49 CFR 591.5(f), other than by the corporation responsible for the assembly of that vehicle or a subsidiary of such a corporation, are excluded from requirements of §565.23(b), §§565.23(c), 565.23(g), 565.23(h), 565.24 and 565.25.

[73 FR 23379, Apr. 30, 2008, as amended at 73 FR 28371, May 16, 2008]

### §565.22 Definitions.

(a) *Federal Motor Vehicle Safety Standards Definitions.* Unless otherwise indicated, all terms used in this part that are defined in 49 CFR 571.3 are used as defined in 49 CFR 571.3.

(b) *Body type* means the general configuration or shape of a vehicle distinguished by such characteristics as the number of doors or windows, cargo-carrying features and the roofline (*e.g.*, sedan, fastback, hatchback).

(c) *Check digit* means a single number or the letter X used to verify the accuracy of the transcription of the vehicle identification number.

(d) *Engine type* means a power source with defined characteristics such as fuel utilized, number of cylinders, displacement, and net brake horsepower. The specific manufacturer and make shall be represented if the engine powers a passenger car or a multipurpose passenger vehicle, or truck with a gross vehicle weight rating of 4536 kg. (10,000 lbs.) or less.

(e) *Incomplete vehicle* means an assemblage consisting, as a minimum, of frame and chassis structure, power train, steering system, suspension system and braking system, to the extent that those systems are to be part of the completed vehicle, that requires further manufacturing operations, other than the addition of readily attachable components, such as mirrors or tire and rim assemblies, or minor finishing operations such as painting, to become a completed vehicle.

(f) *Line* means a name that a manufacturer applies to a family of vehicles within a make which have a degree of commonality in construction, such as body, chassis or cab type.

(g) *Make* means a name that a manufacturer applies to a group of vehicles or engines.

(h) *Manufacturer* means a person—

(1) Manufacturing or assembling motor vehicles or motor vehicle equipment; or

(2) Importing motor vehicles or motor vehicle equipment for resale.

253

(i) *Model* means a name that a manufacturer applies to a family of vehicles of the same type, make, line, series and body type.

(j) *Model Year* means the year used to designate a discrete vehicle model, irrespective of the calendar year in which the vehicle was actually produced, provided that the production period does not exceed 24 months.

(k) *Plant of manufacture* means the plant where the manufacturer affixes the VIN.

(l) *Series* means a name that a manufacturer applies to a subdivision of a "line" denoting price, size or weight identification and that is used by the manufacturer for marketing purposes.

(m) *Trailer kit* means a trailer that is fabricated and delivered in complete but unassembled form and that is designed to be assembled without special machinery or tools.

(n) *Type* means a class of vehicle distinguished by common traits, including design and purpose. Passenger cars, multipurpose passenger vehicles, trucks, buses, trailers, incomplete vehicles and motorcycles are separate types.

(o) *VIN* means a series of Arabic numbers and Roman letters that is assigned to a motor vehicle for identification purposes.

§ 565.23   **General requirements.**

(a) Each vehicle manufactured in one stage shall have a VIN that is assigned by the manufacturer. Each vehicle manufactured in more than one stage shall have a VIN assigned by the incomplete vehicle manufacturer. Vehicle alterers, as specified in 49 CFR 567.7, shall utilize the VIN assigned by the original manufacturer of the vehicle.

(b) Each VIN shall consist of seventeen (17) characters.

(c) A check digit shall be part of each VIN. The check digit shall appear in position nine (9) of the VIN, on the vehicle and on any transfer documents containing the VIN prepared by the manufacturer to be given to the first owner for purposes other than resale.

(d) The VINs of any two vehicles manufactured within a 30-year period shall not be identical.

(e) The VIN of each vehicle shall appear clearly and indelibly upon either a part of the vehicle, other than the glazing, that is not designed to be removed except for repair or upon a separate plate or label that is permanently affixed to such a part.

(f) The VIN for passenger cars, multipurpose passenger vehicles and trucks of 4536 kg or less GVWR shall be located inside the passenger compartment. It shall be readable, without moving any part of the vehicle, through the vehicle glazing under daylight lighting conditions by an observer having 20/20 vision (Snellen) whose eye-point is located outside the vehicle adjacent to the left windshield pillar. Each character in the VIN subject to this paragraph shall have a minimum height of 4 mm.

(g) Each character in each VIN shall be one of the letters in the set: [ABCDEFGHJKLMNPRSTUVWXYZ] or a numeral in the set: [0123456789] assigned according to the method given in § 565.25.

(h) All spaces provided for in the VIN must be occupied by a character specified in paragraph (g) of this section.

(i) The type face utilized for each VIN shall consist of capital, sanserif characters.

[73 FR 23379, Apr. 30, 2008, as amended at 74 FR 67977, Dec. 22, 2009]

§ 565.24   **Motor vehicles imported into the United States.**

(a) Importers shall utilize the VIN assigned by the original manufacturer of the motor vehicle.

(b) A passenger car certified by a Registered Importer under 49 CFR part 592 shall have a plate or label that contains the following statement, in characters with a minimum height of 4 mm, with the identification number assigned by the original manufacturer provided in the blank: SUBSTITUTE FOR U.S. VIN:____SEE PART 565. The plate or label shall conform to § 565.23 (h) and (i). The plate or label shall be permanently affixed inside the passenger compartment. The plate or label shall be readable, without moving any part of the vehicle, through the vehicle glazing under daylight lighting conditions by an observer having 20/20

**Nat'l Highway Traffic Safety Admin., DOT** § 565.25

vision (Snellen) whose eye-point is located outside the vehicle adjacent to the left windshield pillar. It shall be located in such a manner as not to cover, obscure, or overlay any part of any identification number affixed by the original manufacturer. Passenger cars conforming to Canadian Motor Vehicle Safety Standard 115 are exempt from this paragraph.

### § 565.25 Content requirements.

The VIN shall consist of four sections of characters which shall be grouped accordingly:

(a) The first section shall consist of three characters that occupy positions one through three (1–3) in the VIN. This section shall uniquely identify the manufacturer, make and type of the motor vehicle if its manufacturer produces 500 or more motor vehicles of its type annually. If the manufacturer produces less than 500 motor vehicles of its type annually, these characters along with the third, fourth and fifth characters of the fourth section shall uniquely identify the manufacturer, make and type of the motor vehicle. These characters are assigned in accordance with § 565.26(a).

(b) The second section shall consist of five characters, which occupy positions four through eight (4–8) in the VIN. This section shall uniquely identify the attributes of the vehicle as specified in Table VIII. For passenger cars, and for multipurpose passenger vehicles and trucks with a gross vehicle weight rating of 4536 kg (10,000 lb) or less, the first and second characters shall be alphabetic and the third and fourth characters shall be numeric. The fifth character may be either alphabetic or numeric. The characters utilized and their placement within the section may be determined by the manufacturer, but the specified attributes must be decipherable with information supplied by the manufacturer in accordance with § 565.26(c). In submitting the required information to NHTSA relating to gross vehicle weight rating, the designations in Table IX shall be used. The use of these designations within the VIN itself is not required. Tables VIII and IX follow:

TABLE VIII—TYPE OF VEHICLE AND INFORMATION DECIPHERABLE

*Passenger car:* Line, series, body type, engine type and restraint system type.
*Multipurpose passenger vehicle:* Line, series, body type, engine type, gross vehicle weight rating.
*Truck:* Model or line, series, chassis, cab type, engine type, brake system and gross vehicle weight rating.
*Bus:* Model or line, series, body type, engine type, and brake system.
*Trailer, including trailer kits and incomplete trailer:* Type of trailer, body type, length and axle configuration.
*Motorcycle:* Type of motorcycle, line, engine type, and net brake horsepower.
*Incomplete Vehicle other than a trailer:* Model or line, series, cab type, engine type and brake system.

Note to Table VIII: Engine net brake horsepower when encoded in the VIN shall differ by no more than 10 percent from the actual net brake horsepower; shall in the case of motorcycle with an actual net brake horsepower of 2 or less, be not more than 2; and shall be greater than 2 in the case of a motorcycle with an actual brake horsepower greater than 2.

TABLE IX—GROSS VEHICLE WEIGHT RATING CLASSES

Class A—Not greater than 1360 kg. (3,000 lbs.)
Class B—Greater than 1360 kg. to 1814 kg. (3,001–4,000 lbs.)
Class C—Greater than 1814 kg. to 2268 kg. (4,001–5,000 lbs.)
Class D—Greater than 2268 kg. to 2722 kg. (5,001–6,000 lbs.)

TABLE IX—GROSS VEHICLE WEIGHT RATING CLASSES—Continued

Class E—Greater than 2722 kg. to 3175 kg. (6,001–7,000 lbs.)
Class F—Greater than 3175 kg. to 3629 kg. (7,001–8,000 lbs.)
Class G—Greater than 3629 kg. to 4082 kg. (8,001–9,000 lbs.)
Class H—Greater than 4082 kg. to 4536 kg. (9,001–10,000 lbs.)

§ 565.25                                                                49 CFR Ch. V (10–1–11 Edition)

TABLE IX—GROSS VEHICLE WEIGHT RATING CLASSES—Continued

Class 3—Greater than 4536 kg. to 6350 kg. (10,001–14,000 lbs.)
Class 4—Greater than 6350 kg. to 7257 kg. (14,001–16,000 lbs.)
Class 5—Greater than 7257 kg. to 8845 kg. (16,001–19,500 lbs.)
Class 6—Greater than 8845 kg. to 11793 kg. (19,501–26,000 lbs.)
Class 7—Greater than 11793 kg. to 14968 kg.(26,001–33,000 lbs.)
Class 8—Greater than 14968 kg. (33,001 lbs. and over).

(c) The third section shall consist of one character, which occupies position nine (9) in the VIN. This section shall be the check digit whose purpose is to provide a means for verifying the accuracy of any VIN transcription. After all other characters in VIN have been determined by the manufacturer, the check digit shall be calculated by carrying out the mathematical computation specified in paragraphs (c) (1) through (4) of this section.

(1) Assign to each number in the VIN its actual mathematical value and assign to each letter the value specified for it in Table X, as follows:

TABLE X—ASSIGNED VALUES

A = 1
B = 2
C = 3
D = 4
E = 5
F = 6
G = 7
H = 8
J = 1
K = 2
L = 3
M = 4
N = 5
P = 7

TABLE X—ASSIGNED VALUES—Continued

R = 9
S = 2
T = 3
U = 4
V = 5
W = 6
X = 7
Y = 8
Z = 9

(2) Multiply the assigned value for each character in the VIN by the position weight factor specified in Table XI, as follows:

TABLE XI—VIN POSITION AND WEIGHT FACTOR

| Position | Weight |
|---|---|
| 1st | 8 |
| 2d | 7 |
| 3d | 6 |
| 4th | 5 |
| 5th | 4 |
| 6th | 3 |
| 7th | 2 |
| 8th | 10 |
| 9th | (check digit) |
| 10th | 9 |
| 11th | 8 |
| 12th | 7 |
| 13th | 6 |
| 14th | 5 |
| 15th | 4 |
| 16th | 3 |
| 17th | 2 |

(3) Add the resulting products and divide the total by 11.

(4) The numerical remainder is the check digit. If the remainder is 10 the letter "X" shall be used to designate the check digit. The correct numeric remainder, zero through nine (0–9) or the letter "X," shall appear in VIN position nine (9).

(5) A sample check digit calculation is shown in Table XII as follows:

256

TABLE XII—CALCULATION OF A CHECK DIGIT

| VIN Position | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample VIN | 1 | G | 4 | A | H | 5 | 9 | H | ... | 5 | G | 1 | 1 | 8 | 3 | 4 | 1 |
| Assigned Value | 1 | 7 | 4 | 1 | 8 | 5 | 9 | 8 | ... | 5 | 7 | 1 | 1 | 8 | 3 | 4 | 1 |
| Weight Factor | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 10 | 0 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 |
| Multiply Assigned value times | 8 | 49 | 24 | 5 | 32 | 15 | 18 | 80 | 0 | 45 | 56 | 7 | 6 | 40 | 12 | 12 | 2 |

Add products: 8+49+24+5+32+15+18+80+0+45+56+7+6+40+12+12+2 = 411.
Divide by 11: 411/11 = 37 4/11.
The remainder is 4; this is the check digit to be inserted in position nine (9) of the VIN.

257

Case 2:14-cv-01840-JAD-NJK   Document 50-20   Filed 09/08/15   Page 16 of 17

(d) The fourth section shall consist of eight characters, which occupy positions ten through seventeen (10–17) of the VIN. The last five (5) characters of this section shall be numeric for passenger cars and for multipurpose passenger vehicles and trucks with a gross vehicle weight rating of 4536 kg. (10,000 lbs.) or less, and the last four (4) characters shall be numeric for all other vehicles.

(1) The first character of the fourth section shall represent the vehicle model year. The year shall be designated as indicated in Table XIII as follows:

TABLE XIII—YEAR CODES FOR VIN

| Year | Code |
|---|---|
| 1980 | A |
| 1981 | B |
| 1982 | C |
| 1983 | D |
| 1984 | E |
| 1985 | F |
| 1986 | G |
| 1987 | H |
| 1988 | J |
| 1989 | K |
| 1990 | L |
| 1991 | M |
| 1992 | N |
| 1993 | P |
| 1994 | R |
| 1995 | S |
| 1996 | T |
| 1997 | V |
| 1998 | W |
| 1999 | X |
| 2000 | Y |
| 2001 | 1 |
| 2002 | 2 |
| 2003 | 3 |
| 2004 | 4 |
| 2005 | 5 |
| 2006 | 6 |
| 2007 | 7 |
| 2008 | 8 |
| 2009 | 9 |
| 2010 | A |
| 2011 | B |
| 2012 | C |
| 2013 | D |

(2) The second character of the fourth section shall represent the plant of manufacture.

(3) The third through the eighth characters of the fourth section shall represent the number sequentially assigned by the manufacturer in the production process if the manufacturer produces 500 or more vehicles of its type annually. If the manufacturer produces less than 500 motor vehicles of its type annually, the third, fourth and fifth characters of the fourth section, combined with the three characters of the first section, shall uniquely identify the manufacturer, make and type of the motor vehicle and the sixth, seventh, and eighth characters of the fourth section shall represent the number sequentially assigned by the manufacturer in the production process.

§ 565.26  Reporting requirements.

The information collection requirements contained in this part have been approved by the Office of Management and Budget under the provisions of the Paperwork Reduction Act (44 U.S.C. 3501 et seq.) and have been assigned OMB Control Number 2127–0510.

(a) The National Highway Traffic Safety Administration (NHTSA) has contracted with the SAE International (SAE) to coordinate the assignment of manufacturer identifiers. Manufacturer identifiers will be supplied by SAE at no charge. All requests for assignments of manufacturer identifiers should be forwarded directly to: SAE International, 400 Commonwealth Drive, Warrendale, Pennsylvania 15096, Attention: WMI Coordinator. Any requests for identifiers submitted to NHTSA will be forwarded to SAE. Manufacturers may request a specific identifier or may request only assignment of an identifier(s). SAE will review requests for specific identifiers to determine that they do not conflict with an identifier already assigned or block of identifiers already reserved. SAE will confirm the assignments in writing to the requester. Once confirmed by SAE, the identifier need not be resubmitted to NHTSA.

(b) Manufacturers of vehicles subject to this part shall submit, either directly or through an agent, the unique identifier for each make and type of vehicle it manufactures at least 60 days before affixing the first VIN using the identifier. Manufacturers whose unique identifier appears in the fourth section of the VIN shall also submit the three characters of the first section that constitutes a part of their identifier.

(c) Manufacturers of vehicles subject to the requirements of this part shall submit to NHTSA the information necessary to decipher the characters contained in its VINs. Amendments to this

information shall be submitted to the agency for VINs containing an amended coding. The agency will not routinely provide written approvals of these submissions, but will contact the manufacturer should any corrections to these submissions be necessary.

(d) The information required under paragraph (c) of this section shall be submitted at least 60 days prior to offering for sale the first vehicle identified by a VIN containing that information, or if information concerning vehicle characteristics sufficient to specify the VIN code is unavailable to the manufacturer by that date, then within one week after that information first becomes available. The information shall be addressed to: Administrator, National Highway Traffic Safety Administration, 1200 New Jersey Avenue, SE., Washington, DC 20590, Attention: VIN Coordinator.

# PART 566—MANUFACTURER IDENTIFICATION

Sec.
566.1 Scope.
566.2 Purpose.
566.3 Application.
566.4 Definitions.
566.5 Requirements.
566.6 Submittal of information.

AUTHORITY: Secs. 112 and 119, National Traffic and Motor Vehicle Safety Act (15 U.S.C. 1401 and 1407); delegation of authority at 49 CFR 1.50.

### §566.1 Scope.

This part requires manufacturers of motor vehicles, and of motor vehicle equipment to which a motor vehicle safety standard applies, to submit identifying information and a description of the items they produce.

[36 FR 20978, Nov. 2, 1971]

### §566.2 Purpose.

The purpose of this part is to facilitate the regulation of manufacturers under the National Traffic and Motor Vehicle Safety Act, and to aid in establishing a code numbering system for all regulated manufacturers.

[36 FR 20978, Nov. 2, 1971]

### §566.3 Application.

This part applies to all manufacturers of motor vehicles, and to manufacturers of motor vehicle equipment, other than tires, to which a motor vehicle safety standard applies (hereafter referred to as "covered equipment").

[36 FR 22063, Nov. 19, 1971]

### §566.4 Definitions.

All terms defined in the Act and the rules and standards issued under its authority are used as defined therein. Specifically, *incomplete vehicle*, *intermediate manufacturer*, and *final-stage manufacturer* are used as defined in Part 568—Vehicles Manufactured in Two or More Stages.

(Authority: 15 U.S.C. 1392, 1397)

[37 FR 1364, Jan. 28, 1972]

### §566.5 Requirements.

Each manufacturer of motor vehicles, and each manufacturer of covered equipment, shall furnish the information specified in paragraphs (a) through (c) of this section to: Administrator, National Highway Traffic Safety Administration, 400 Seventh Street SW., Washington, DC 20590.

(a) Full individual, partnership, or corporate name of the manufacturer.

(b) Residence address of the manufacturer and State of incorporation if applicable.

(c) Description of each type of motor vehicle or of covered equipment manufactured by the manufacturer, including, for motor vehicles, the approximate ranges of gross vehicle weight ratings for each type.

(1) Except as noted below, the description may be of general types, such as "passenger cars" or "brake fluid."

(2) In the case of multipurpose passenger vehicles, trucks, and trailers, the description shall be specific enough also to indicate the types of use for which the vehicles are intended, such as "tank trailer," "motor home," or "cargo van."

(3) In the case of motor vehicles produced in two or more stages, if the manufacturer is an incomplete vehicle manufacturer, the description shall so state and include a description indicating the stage of completion of the