MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
Wolfenzon Rolle Edwards
6725 Via Austi Parkway, Suite 260
Las Vegas, Nevada 89119
(702) 836-3138
medwards@wolfenzon.com

Attorneys for Defendants Camping World, Inc.,
Wheeler RV Las Vegas, LLC, and Winnebago Industries, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIM BOLIBA, | CASE NO.: 2:14-cv-01840-JAD-NJK |
| Plaintiff, | |
| vs. | |
| CAMPING WORLD, INC.; CAMPING WORLD RV SALES, LLC.; WHEELER LAS VEGAS RV d/b/a CAMPING WORLD RV SALES, WINNEBAGO INDUSTRIES, INC., DOES 1-10; and ROE Corporations 1-10, | ORDER GRANTING SUBSTITUTION OF ATTORNEYS |
| Defendants. | |

TO:  ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants Camping World, Inc., Wheeler RV Las Vegas, LLC, and Winnebago Industries, Inc., hereby consents to the substitution of Wolfenzon Rolle Edwards, in place and stead of Wilson Elser Moskowitz Edelman & Dicker LLP, in the above-entitled case.

DATED this 28th day of September, 2015.

_____
SCOTT FOLKERS

1

## ATTORNEY CONSENT

The law firm of Wilson Elser Moskowitz Edelman & Dicker LLP consents to the above-substitution of counsel in the above-entitled action.

DATED this 28 day of September, 2015.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

BY: _____
**SHERI M. THOME, ESQ.**
Nevada Bar No. 8657
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
702-727-1400

The law firm of WOLFENZON ROLLE EDWARDS, hereby consents to the above-substitution of counsel in the above-entitled action.

DATED this 29 day of September, 2015.

**WOLFENZON ROLLE EDWARDS**

_____
MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
6725 Via Austi Parkway, Suite 260
Las Vegas, Nevada 89119
702-836-3138

## ATTORNEY CONSENT

The Law Office of Randal R. Leonard, Esq., consents to the above-substitution of counsel in the above-entitled action.

DATED this 29 day of September, 2015.

RANDAL R. LEONARD, ESQ.
Nevada Bar No. 6716
500 S. Eighth Street
Las Vegas, NV 89101
702-598-3667
*Attorney for Plaintiff*

## ACCEPTANCE OF SUBSTITUTION

The law firm of WOLFENZON ROLLE EDWARDS, is duly admitted to practice in the State of Nevada, and hereby accepts the above and foregoing substitution as attorneys for Defendants Camping World, Inc., Wheeler RV Las Vegas, LLC, and Winnebago Industries, Inc as counsel of record in place and stead of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP.

DATED this 30 day of September, 2015.

WOLFENZON ROLLE EDWARDS

MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
6725 Via Austi Parkway, Suite 260
Las Vegas, Nevada 89119
702-836-3138

**APPROVED** September 30, 2015.

UNITED STATES MAGISTRTE JUDGE